amendments to § 922.10 of the Florida Statutes, the writ of certiorari is dismissed as improvidently granted.

No. 99–7235. BENTLEY v. BURNS ET AL. App. Div., Sup. Ct. N. Y., 1st Jud. Dept. Motion of petitioner for leave to proceed *in forma pauperis* denied, and certiorari dismissed. See this Court's Rule 39.8.

No. 99–7402. TURNER v. VIRGINIA. C. A. D. C. Cir. Motion of petitioner for leave to proceed *in forma pauperis* denied, and certiorari dismissed. See this Court's Rule 39.8.

No. 99M61. COLLINS v. WARNER-LAMBERT CO. Motion to direct the Clerk to file petition for writ of certiorari out of time denied.

No. 98–1167. CHRISTENSEN ET AL. v. HARRIS COUNTY ET AL. C. A. 5th Cir. [Certiorari granted, *ante*, p. 926.] Motion of the Solicitor General for leave to participate in oral argument as *amicus curiae* and for divided argument granted.

No. 98–1993. FLORIDA v. J. L. Sup. Ct. Fla. [Certiorari granted, *ante*, p. 963.] Motion of the Solicitor General for leave to participate in oral argument as *amicus curiae* and for divided argument granted.

No. 99–62. SANTA FE INDEPENDENT SCHOOL DISTRICT v. DOE, INDIVIDUALLY AND AS NEXT FRIEND FOR HER MINOR CHILDREN, ET AL. C. A. 5th Cir. [Certiorari granted, *ante*, p. 1002.] Motion of Students and Parents of Santa Fe Independent School District for leave to participate in oral argument as *amicus curiae* and for additional time for oral argument denied.

No. 99–312. NORFOLK SOUTHERN RAILWAY CO. v. SHANKLIN, INDIVIDUALLY AND AS NEXT FRIEND OF SHANKLIN. C. A. 6th Cir. [Certiorari granted, *ante*, p. 949.] Motion of Texas et al. for leave to participate in oral argument as *amici curiae* and for divided argument granted. Motion of the Solicitor General for leave to participate in oral argument as *amicus curiae* and for divided argument granted.